**Rodney William GATTIE, Petitioner–Appellant,**

**v.**

**COMMISSIONER OF INTERNAL REVENUE, Respondent–Appellee.**

No. 16-1632

United States Court of Appeals, Fourth Circuit.

Submitted: October 18, 2016

Decided: October 20, 2016

Rodney William Gattie, Appellant Pro Se. Corey R. Clapper, Internal Revenue Service, Greensboro, North Carolina; Gilbert Steven Rothenberg, Senior Attorney, Jonathan S. Cohen, Douglas Campbell Rennie, United States Department of Justice, Washington, D.C., for Appellee.

Before WILKINSON, KING and FLOYD, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rodney William Gattie appeals the tax court's order sustaining the Commissioner's assessment of a deficiency and penalties with respect to his 2008 federal income tax liability. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the tax court. Gattie v. Comm'r of Internal Revenue, Tax Ct. No. 002782–15 (U.S. Tax Ct. Mar. 31, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED